IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------X

**DIANA REYNOLDS** and **SANDRA HIGH**,
individually and on behalf of all others similarly situated,

                    Plaintiffs,

    v.

**CHW GROUP, INC.**, d/b/a Choice Home Warranty, a New Jersey corporation,

                    Defendant.

Case No. 17-cv-00170

Hon. John J. Tharp, Jr.
Magistrate Judge Young B. Kim

-------------------------------------------------------------------X

## NOTICE OF MOTION ON CONSENT TO ADJUST DEPOSITION SCHEDULE

PLEASE TAKE NOTICE that on Thursday October 18, 2018 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Young B. Kim or any judge sitting in his stead in Courtroom 1019 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present Defendant's Motion on Consent to Adjust the Deposition Schedule, allowing the deposition of Defendant's corporate representative to be rescheduled from October 24, 2018 to October 30, 2018.

Dated:    October 12, 2018

                                      Respectfully submitted,

                                      By:   */s/ Andrew J. Urgenson*
                                                Andrew J. Urgenson (*pro hac vice*)
                                                OVED & OVED LLP
                                                401 Greenwich Street
                                                New York, NY 10013
                                                Tel. 212.226.2376

                                                Attorneys for Defendant CHW Group, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM-EMF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Andrew J. Urgenson*
Andrew J. Urgenson