# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA REYNOLDS and SANDRA HIGH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHW GROUP, INC., d/b/a Choice Home Warranty, a New Jersey corporation,<br><br>　　　　　　　　Defendant. | Case No. 17-cv-00170<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Young B. Kim |

## JOINT STATUS REPORT

Plaintiffs Diana Reynolds ("Reynolds") and Sandra High ("High") (collectively "Plaintiffs") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW" or "Defendant") submit this Joint Status Report as Ordered by the Court on August 29, 2018 (Dkt. 70).

1)　In accordance with the Court's previous Orders, the Parties have timely completed all Party depositions as scheduled.

2)　However, in light of the deposition testimony the Parties require additional time to complete fact discovery regarding matters addressed during the depositions, and request until January 14, 2019 to do so.

3)　The Parties also request time to conduct expert discovery, and request until March 29, 2019 to do so. The Parties propose that expert disclosures be due on January 29, 2019.

4)　The Parties propose that Plaintiff's motion for class certification be due on or before April 19, 2019.

1

Respectfully Submitted,

**DIANA REYNOLDS AND SANDRA HIGH**, individually and on behalf of all others similarly situated,

Dated: November 8, 2018  /s/ Patrick H. Peluso

One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 213-0675

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 S Biscayne Blvd, 28th Floor
Miami, FL 33131
(877) 333-9427
Email: law@stefancoleman.com

**DEFENDANT CHW GROUP INC.,**

Dated: November 8, 2018   By:   /s/ Andrew J. Urgenson
Andrew J. Urgenson (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Tel. 212.226.2376

Attorneys for Defendant CHW Group, Inc.

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 8, 2018, I caused the foregoing to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso
