# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA REYNOLDS and SANDRA HIGH, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CHW GROUP, INC., d/b/a Choice Home Warranty, a New Jersey corporation,<br><br>      Defendant. | Case No. 17-cv-00170<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Young B. Kim |

## AMENDED JOINT STATUS REPORT

Plaintiffs Diana Reynolds ("Reynolds") and Sandra High ("High") (collectively "Plaintiffs") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW" or "Defendant") submit this Joint Status Report, as Ordered by the Court on December 3, 2018 (Dkt. 78).

1) The Parties have met-and-conferred regarding the fact discovery issues identified in the November 13, 2018 Amended Joint Status Report.

2) The Parties have had productive discussions in recent weeks regarding the possibility of settlement and intend to participate in a private mediation overseen by a respected neutral with experience in Telephone Consumer Protection Act actions.

3) The Parties are presently working cooperatively to select a mediator and to schedule a mediation as soon as practicable.

4) As for the parties' outstanding discovery issues, the parties do not believe they will be impediments to mediation and potential resolution. On the contrary, the Parties wish to focus their efforts and resources on the mediation process at this time, and believe that focusing on discovery while mediating could hinder the parties' settlement efforts.

5) The parties are also in agreement that, should mediation fail, the parties should be able to complete the remaining without unduly delaying this action, particularly given that parties have already completed fact witness depositions, and still have until January 16, 2019 to complete fact discovery within the existing schedule.

6) The Parties therefore request that any fact discovery disputes be held in abeyance pending the outcome of the mediation, which again the Parties are attempting to schedule as soon as practicable.

7) The parties also request that the status conference tentatively scheduled for December 12, 2018 be adjourned.

Respectfully Submitted,

**DIANA REYNOLDS AND SANDRA HIGH**, individually and on behalf of all others similarly situated,

Dated: December 10, 2018        /s/     Patrick H. Peluso

One of Plaintiff's Attorneys

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 213-0675

2

                                            Stefan Coleman
                                            Law Offices of Stefan Coleman, P.A.
                                            201 S Biscayne Blvd, 28th Floor
                                            Miami, FL 33131
                                            (877) 333-9427
                                            Email: law@stefancoleman.com


                                          **DEFENDANT CHW GROUP INC.,**

Dated: December 10, 2018        By:    /s/ Andrew J. Urgenson
                                                      Andrew J. Urgenson (*pro hac vice*)
                                                      OVED & OVED LLP
                                                      401 Greenwich Street
                                                      New York, NY 10013
                                                      Tel. 212.226.2376


                                                      Attorneys for Defendant CHW Group, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 10, 2018, I caused the foregoing to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso