IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------X
**DIANA REYNOLDS** and **SANDRA HIGH**,
Individually and on behalf of all others similarly situated,

      Plaintiffs,

 v.

**CHW GROUP, INC.**, d/b/a Choice Home Warranty, a New Jersey Corporation,

      Defendant.
------------------------------------------------------------X

Case No. 17-cv-00170

Hon. John J. Tharp, Jr.
Hon. Young B. Kim

## NOTICE OF UNOPPOSED MOTION

**TO:** All counsel of Record in this matter, notified via CM/ECF

**PLEASE TAKE NOTICE** that on February 27, 2019 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Young B. Kim, in the courtroom usually occupied by him (Room 1019) of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and then and there present ***DEFENDANT'S UNOPPOSED MOTION TO ADJOURN STATUS HEARING***, a copy of which is being served upon you by ECF notification.

Dated: February 21, 2019

Respectfully submitted,

By: /s/ Andrew J. Urgenson
   Andrew J. Urgenson (*pro hac vice*)
   OVED & OVED LLP
   401 Greenwich Street
   New York, NY 10013
   Tel. 212.226.2376

   /s/ John M. Dickman
   John M. Dickman
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   155 North Wacker Drive, Suite 4300
   Chicago, IL 60606
   Tel. 312.558.1255

   Attorneys for Defendant CHW Group, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Andrew J. Urgenson
Andrew J. Urgenson