IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------X

**DIANA REYNOLDS** and **SANDRA HIGH**,
Individually and on behalf of all others similarly situated,

                Plaintiffs,

    v.

**CHW GROUP, INC.**, d/b/a Choice Home Warranty, a New Jersey Corporation,

                Defendant.

------------------------------------------------------------X

Case No. 17-cv-00170

Hon. John J. Tharp, Jr.
Hon. Young B. Kim

## DEFENDANT'S UNOPPOSED MOTION
## TO ADJOURN STATUS HEARING

With agreement from Plaintiffs Diana Reynolds, *et al.* ("Plaintiffs"), Defendant CHW Group, Inc. ("Defendant"), by its attorneys, moves to adjourn the status hearing currently scheduled for February 28, 2019, at 10 a.m. CST.

1. On February 5, 2019, the Court ordered as follows:

MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone and continued to February 28, 2019, at 10:00 a.m. (C.S.T.) by phone. Parties are to use the same call-in information. Parties reported that they were unable to resolve this matter at the private mediation session but are still discussing settlement. Defendant also reported that if the case cannot be resolved, discovery should be stayed until Defendant can secure a ruling from the assigned District Judge on the issue of whether Defendant uses an automatic dialer. Plaintiffs disagree on staying discovery for that purpose. Parties are to exhaust their settlement efforts and timely raise the stay issue (if appropriate) with the assigned District Judge prior to the next status hearing.

ECF Dkt. No. 82.

2. Defendant writes to respectfully request that the continued status hearing be adjourned until March 14, 2019, or as soon thereafter as the Court is available.

3. The reason for the requested adjournment is to give the parties additional time to complete their settlement discussions. This additional time is necessitated by the fact that Defendant's counsel has been dealing with a medical issue with respect to a member of his immediate family, which is requiring his travel and attention this week and next week.

Dated: February 21, 2019     Respectfully submitted,

By:  /s/ Andrew J. Urgenson
Andrew J. Urgenson (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Tel. 212.226.2376

/s/ John M. Dickman
John M. Dickman
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Tel. 312.558.1255

Attorneys for Defendant CHW Group, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                /s/ Andrew J. Urgenson
                                                Andrew J. Urgenson