# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Diana Reynolds, et al.
                             Plaintiff,

v.                                                   Case No.: 1:17−cv−00170
                                                  Honorable John J. Tharp Jr.

CHW Group, Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2019:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone and continued to April 2, 2019, at 10:00 a.m. by phone. Parties are to use the same call−in information. Parties are continuing to discuss settlement. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.