IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANA REYNOLDS and SANDRA HIGH, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CHW GROUP, INC., d/b/a Choice Home Warranty, a New Jersey corporation,<br><br>       Defendant. | Case No. 17-cv-00170<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Young B. Kim |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Diana Reynolds ("Reynolds") and Sandra High ("High") (collectively "Plaintiffs") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("Defendant"), through their counsel, stipulate as follows:

1. Plaintiffs filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Fed. R. Civ. P. Rule 23(e) does not limit the parties' right to stipulate to dismissal of this action because that Rule applies only to certified classes (or classes proposed to be certified for purposes of settlement). No class has been certified in this matter, nor is any class proposed to be certified for purposes of settlement. Likewise, this matter does not involve any Receiver so as to implicate Fed. R. Civ. P. Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that this action shall be dismissed in its entirety and with prejudice.

1

     Plaintiffs and Defendant further agree that each party is to bear her or its own attorney's fees and costs.

Respectfully Submitted,

**DIANA REYNOLDS AND SANDRA HIGH,**
individually and on behalf of all others similarly situated.

Dated: June 10, 2019    By: _____

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel.: (720) 213-0675

One of Plaintiffs' Attorneys

**CHW GROUP, INC. d/b/a Choice Home Warranty,** a New Jersey corporation

Dated: June 10, 2019    By: _____

Andrew J. Urgenson (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Tel.: (212) 226-2376

Attorneys for Defendant CHW Group, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019 I caused the foregoing to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso