# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Diana Reynolds, et al.
                        Plaintiff,

v.
                                                Case No.: 1:17–cv–00170
                                                Honorable John J. Tharp Jr.

CHW Group, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2019:

       MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' stipulation of dismissal with prejudice [89] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all future dates and deadlines are stricken and all pending motions are denied as moot. Civil Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.